**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALFRED CHAVELAS, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | No. 18 cv 0118 |
| | ) | |
| vs. | ) | |
| | ) | |
| CAVALRY PORTFOLIO SERVICES, | ) | Honorable Edmond E. Chang |
| and CAVALRY SPV I, LLC.; | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW COMES plaintiff Alfredo Chavelas, by and through his attorneys, Edelman Combs Latturner & Goodwin, and in support of his Notice of Voluntary Dismissal without prejudice states as follows:

Plaintiff hereby dismisses his claims against Defendant without prejudice with leave to reinstate through March 20, 2018. After March 20, 2018, the dismissal shall convert to with prejudice, with each party to bear its own costs and attorney fees.

*/s/Emiliya Gumin Farbstein*
Emiliya Gumin Farbstein

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Emiliya G. Farbstein
EDELMAN, COMBS, LATTURNER
   & GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

I, Emiliya G. Farbstein, certify that on February 20, 2018, I caused the foregoing to be filed with the Clerk of the United States District Court for the Northern District of Illinois a copy of which will be served on all counsel of record by the Clerk's ECF/CM system.


/s/ *Emiliya G. Farbstein*
Emiliya G. Farbstein


Daniel A. Edelman
Emiliya G. Farbstein
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)